UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KIANNA O'NEAL GARDNER,               )
                                              )
               Plaintiff,          )
                                              )
      vs.                     )     No.
                                              )
CITY OF CHIAGO, a municipal corporation,   )
and JOHN O'BRIEN,                   )
                                            )
           Defendants.      )

## COMPLAINT AT LAW

The Plaintiff, KIANNA O'NEAL GARDNER, by her attorney, Charles A. Cohn, complaining of the defendants, CITY OF CHICAGO and JOHN O'BREIN, states as follows:

## COUNT I

1. On April 29, 2024, and at all times relevant hereto, the Plaintiff was a law-abiding citizen of the State of Illinois, County of Cook and City of Chicago.

2. On said date ant at all times relevant hereto, the Defendant, John O'Brien, was a police officer employed by the Defendant, City of Chicago, and its police department, and that all of the actions of said officer, were committed under color of his office as a police officer of the defendant, City of Chicago, and in his capacity as agent, servant and employee of the City of Chicago and its police department.

3. On or about the above date, the plaintiff was at her home at 8311 S. Sangamon, Chicago, IL, where she witnessed a fight occur between her daughter, Kaliyah Gardner and another girl, and during the confrontation, one of the girls held a stick which the plaintiff took. At no time did the plaintiff or any other person strike anyone with the stick.

4. Thereafter two police officers came to the residence of the plaintiff, a female officer and the defendant male officer, John O'Brien, Star #82344.  Thereafter as the female officer took the stick from the plaintiff's hand.  After that occurred, the male officer, O'Brien came running up, picked the plaintiff up and threw her on the ground without provocation and then picked her up and threw her down a second time on her property at the above address.

5.  The actions of Officer O'Brien as described above on the above said date, at the plaintiff's home were committed, under color of their office as police officers of the City of Chicago, State of Illinois which were committed by said officer while the plaintiff was acting in a peaceable manner and without provocation or basis to believe that an offense had been committed by the plaintiff. As a result of which he caused injury to the plaintiff for which she required medical care and treatment.

6. The Defendant, O'Brien, did thereafter transport the plaintiff to the police station where she was falsely charged with reckless conduct and resisting and obstruction of a police officer, which charges were subsequently dismissed on December 24, 2024.  The plaintiff was transported at her he request by Chicago Fire Department ambulance to St. Bernard Hospital.

7.  The above described conduct of the defendant, O'Brien, as agent, servant and employee of the Chicago Police Department, did constitute a battery upon the person of the plaintiff, Kianna O'Neal Gardner, causing her pain and injury and to incur medical expenses in endeavoring to be cured of the injuries inflicted.

8.  The conduct of the Defendant, O'Brien, individually and as agent, servant, and employee of the City of Chicago and its police department, was committed against the Plaintiff

maliciously, wantonly, and willfully without probable or reasonable cause, excuse or justification.

9. As a direct and proximate result of the foregoing wrongful willful and malicious acts of the defendant, O'Brien, as agent, servant and employee of the Chicago Police Department, the plaintiff sustained significant bodily injury from which she experienced great pain, anguish and suffering and incurred medical expenses.

10. This count is brought in the U.S. District Court pursuant to its supplemental jurisdiction pursuant to 28 U.S. Code § 1367 as arising from the same nucleus of operative fact as Count II arising under 42 U.S.C. §1983.

WHEREFORE, the Plaintiff, Kianna O'Neal Gardner, requests that this Court enter judgment in her favor and against the Defendants, City of Chicago, a municipal corporation, and John O'Brien for compensatory damages in a sum in excess of $50,000.00 and for punitive damages, as to the defendant O'Brien only, in the sum of $500,000.00 and for such other and further relief the Court deems just and equitable.

## COUNT II

1-9. The Plaintiff repeats and realleges paragraphs 1 through 9 of Count I as paragraphs 1 through 9 of this Count II and incorporates hereby incorporates them as though fully set forth herein.

10. This is a civil action seeking damages against the Defendant, John O'Brien, for committing acts, under color of law, which deprived Plaintiff of rights secured under the Constitution and laws of the United States; for conspiring for purpose of impeding and hindering the due course of justice, with intent to deny Plaintiff equal protection of law; and for refusing or

neglecting to prevent such deprivations and denials to Plaintiff. The Court has jurisdiction of this action under 42 U.S.C. §1983.

11. Plaintiff, Kianna O'Neal Gardner, is a citizen of the United States and resident of the City of Chicago, State of Illinois, and the United States of America.

12. The defendant, John O'Brien, was at all times relevant hereto a police officer employed by the City of Chicago, a municipal corporation, organized under the laws of the state of Illinois. The City of Chicago is not a party defendant as to this Count II.

13. Plaintiff sues the defendant, O'Brien, in both his individual and official capacities.

14. At all times material to this complaint, the Defendant, O'Brien, acted under color of the statutes, customs, ordinances and usage of the State of Illinois, the City of Chicago, and of the County of Cook.

15. There was no warrant for the arrest of Plaintiff on April 29, 2024 or at any time relevant hereto. The seizure and assault of Plaintiff by Defendant O'Brien, an agent of the City of Chicago, was without reasonable grounds for said Defendant to believe Plaintiff had committed an offense and Defendant knew they were without probable cause to arrest Plaintiff.

16. As a result of defendant O'Brien's concerted unlawful and malicious taking into custody and physical abuse of the Plaintiff, the Plaintiff, Kianna O'Neal Gardner, was deprived of her of right to equal protection of the laws and defendants impeded the due course of justice, in violation of the Fourth Amendment of the Constitution of the United States and 42 U.S.C. §1983.

WHEREFORE, Plaintiff, Kianna O'Neal Gardner, demands judgment against the Defendant, John O'Brien, for compensatory damages in a sum in excess of $50,000.00, and further demands judgment against said Defendant, for punitive damages in the amount of

$500,000.00, plus the costs of this action and such other relief as the Court deems just and equitable.

PLAINTIFF DEMANDS TRIAL BY JURY.

CHARLES A. COHN

By :____*s:/Charles A. Cohn*_____
CHARLES A. COHN

CHARLES A. COHN
77 West Washington Street, Suite 1815
Chicago, IL  60602
(312) 346-9336